IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COMERICA BANK,<br><br>Plaintiff,<br><br>vs.<br><br>MARY J. EXNER, and<br>GARY J. SBONA,<br><br>Defendants. | CV 16–50–M–DLC–JCL<br><br>ORDER |

**FILED**

SEP 19 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 31),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

Dated this 19th day of September, 2017.

Dana L. Christensen, Chief Judge
United States District Court